Action by Joshua J. Warren against William Warren and others.

PER CURIAM. Order affirmed, with costs. See, also, 126 N. Y. Supp. 1150.

SMITH, P. J., and HOUGHTON, J., dissent, and favor sending matter back to Special Term to determine how 5 per cent. should be divided.

---

W. C. SWEETSER CO. v. GILSEY et al. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by the W. C. Sweetser Company against Lucy Gilsey and another. No opinion. Motion granted, with $10 costs. Order filed.

---

In re WEBER. (Supreme Court, Appellate Division, First Department. February 17, 1911.) In the matter of Conrad Weber. No opinion. Decree affirmed, with costs. Order filed.

---

WEBER, Respondent, v. TREDOB, Appellant. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Frederick Weber against Henry Tredob.

PER CURIAM. Judgment and order affirmed on reargument, with costs.

THOMAS, J., dissents, on the ground that plaintiff was guilty of contributory negligence in the manner of holding the material at the time of his injury.

---

WEGG, Appellant, v. TOWN OF WATSON, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 1, 1911.) Action by Susan E. Wegg, as administratrix, etc., against the Town of Watson. No opinion. Judgment and order affirmed, with costs.

---

WEINBERG, Appellant, v. STRAMMER, Respondent. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Morris Weinberg against Max Strammer. No opinion. Final order of the Municipal Court affirmed, with costs.

---

WELLE, Respondent, v. CELLULOID CO., Appellant. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Action by Bernhard Welle against the Celluloid Company. J. Larocque, for appellant. S. C. Baldwin, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

WERKHEISER et al., Respondents, v. MILLER et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Charles E. Werkheiser and another against George M. Miller and another. No opinion. Motion granted, with $10 costs, unless an administrator for the appellant Lydia Miller shall have been ap-

pointed, and case placed on the calendar for argument on March 7, 1911.

---

WEST END BREWING CO., Appellant, v. EVANS, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) Action by the West End Brewing Company against Mary Elizabeth Evans. No opinion. Judgment and order affirmed, with costs.

---

WEST END DRY DOCK CO., Respondent, v. VALENTINE, Appellant. (Supreme Court, Appellate Division, Second Department. February 10, 1911.) Action by the West End Dry Dock Company against Benjamin E. Valentine. No opinion. Judgment of the Municipal Court reversed, on the stipulation filed, pursuant to section 325 of the Municipal Court act (Laws 1902, c. 580), with $5 costs and disbursements.

---

WESTERN COMMERCIAL TRAVELERS' ASS'N v. LANGEHEINEKEN. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by the Western Commercial Travelers' Association against Edward W. Langeheineken. H. C. Smyth, for plaintiff. M. Wetherhorn, for defendant. No opinion. Order affirmed, without costs. Order filed. See, also, 139 App. Div. 592, 124 N. Y. Supp. 182.

---

WHEELEHAN, Appellant, v. SHANNON, Respondent. (Supreme Court, Appellate Division, First Department. February 3, 1911.) Action by Matthew J. Wheelehan against William P. Shannon. M. J. Wheelehan, for appellant. R. Lawrence, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to withdraw demurrer and to reply, on payment of costs. Order filed.

---

WHITBREAD, Respondent, v. LONG ISLAND R. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Robert Whitbread against the Long Island Railroad Company and the Brooklyn Union Elevated Railroad Company.

PER CURIAM. We think the verdict was against the clear weight of the evidence, and the interests of justice therefore demand a new trial. Judgment and order reversed, and new trial granted; costs to abide the event.

---

WHITE v. KENNY. (Supreme Court, Appellate Division, First Department. February 10, 1911.) Action by William E. White against William F. Kenny. No opinion. Application granted, on defendant stipulating as stated in order. Order signed. See, also, 126 N. Y. Supp. 123.

---

WHITE et al., Appellants, v. MARYLAND CASUALTY Co., Respondent. (Supreme Court,